# UNITED STATES DISTRICT COURT

EASTERN                          DISTRICT OF                    ARKANSAS

UNITED STATES OF AMERICA

V.

THOMAS J. FARRIS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  4:17CR00109-02 BRW

     The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

BILLY ROY WILSON
_____
Signature of Judge

Billy Roy Wilson - District Judge
_____
Name of Judge          Title of Judge

01/29/2019
_____
Date